# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-3634
LT Case No. 2021-CA-532
_____

THI VUONG NGHI NGUYEN,

Appellant,

v.

DOAN NG PHAM,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

William H. Davie, II, of The Davie Law Firm, P.A., Green Cove
Springs, for Appellant.

Jahlysa S. Jenkins, of Sermons Law, PLLC, Orange Park, for
Appellee.

August 13, 2024

PER CURIAM.

AFFIRMED. *See Denose v. Garcia*, 48 Fla. L. Weekly D1785
(Fla. 3d DCA Sept. 6, 2023).

WALLIS, LAMBERT, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____